IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| YAT HO WONG, #150751 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22cv61-ALM |
| | § | |
| LISA BRONCHETTI, ET AL. | § | |

## ORDER OF DISMISSAL

This case was referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation concluding that Plaintiff's remaining lawsuit against Defendants Stacey Kemp and Collin County Detention Facility should be dismissed without prejudice for want of prosecution. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed,[1] the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's remaining case against Defendants Stacey Kemp and Collin County Detention Facility is **DISMISSED** without prejudice. All motions by either party not previously ruled on are hereby **DENIED**.

SIGNED this 23rd day of May, 2023.

*/s/ Amos Mazzant*
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

---

[1] A copy of the Report and Recommendation (Dkt. #20) was returned as undeliverable on May 22, 2023, and marked, "Refused-Not in Custody." (Dkt. #21). Plaintiff has not updated his address with the Court.